719 A.2d 1048

**Sean Robert RUSSELL, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 15, 1998.

Decided Nov. 24, 1998.

Darrell J. Arbore, Greensburg, for Sean R. Russell.

Timothy P. Wile, Harrusburg, for Penndot.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been Improvidently Granted.